1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California  94102
     Telephone:   (415) 436-7071
8    Facsimile:   (415) 436-7234
     Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                         SAN FRANCISCO DIVISION
15
16 UNITED STATES OF AMERICA,        )  CR No. 09-70015 EDL
                                    )
17         Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                    )  EXCLUDING TIME UNDER FED. R. CRIM.
18    v.                             )  P. 5.1 and 18 U.S.C. § 3161
                                    )
19 VINCENT MERTES,                  )
                                    )
20         Defendant.                )
                                    )
21 ─────────────────────────────────
22
23         On January 30, 2009, the parties in this case appeared before the Court for the
24 government's motion for detention and to set the date for the defendant's preliminary hearing or
25 arraignment. At that time, the parties requested, and the Court agreed, to set the date for the
26 defendant's preliminary hearing or arraignment on February 27, 2009. The parties now request
27 that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in
28 //

**FILED**

FEB 0 3 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                                                    1

1  FRCP 5.1(c) be extended through February 27, 2009. The parties agree that, taking into account
2  the public interest in prompt disposition of criminal cases, good cause exists for this extension.
3      The defendant also agrees to exclude for this period of time any time limits applicable
4  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
5  reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. §
6  3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
7  continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
8  U.S.C. § 3161(h)(8)(A).
9  SO STIPULATED:

10
                                        JOSEPH P. RUSSONIELLO
11                                         United States Attorney
12
13 DATED: February 2, 2009          /s/
                                        TAREK J. HELOU
14                                         Assistant United States Attorney
15
16 DATED: February 2, 2009          /s/
                                        ANTHONY BRASS
17                                         Attorney for VINCENT MERTES

18      For the reasons stated above, the Court finds that the extension of time for the
19 defendant's preliminary hearing or arraignment through February 27, 2009 is warranted and that
20 the ends of justice served by the continuance outweigh the best interests of the public and the
21 defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A); FED. R. CRIM. P. 5.1(d). The failure to
22 grant the requested continuance would deny the defendant effective preparation of counsel, and
23 would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).
24
25 SO ORDERED.
26
27 DATED: 2-3-09
28                                         THE HONORABLE ELIZABETH D. LAPORTE
                                          United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                                 2