| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | TAREK J. HELOU (CABN 218225)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>Telephone:    (415) 436-7071 |
| 8 | Facsimile:     (415) 436-7234<br>Tarek.J.Helou@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

FILED

FEB 2 6 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,   | ) | CR No. 09-70015 EDL |
|    Plaintiff,   | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. |
|    v.   | ) ) | P. 5.1 and 18 U.S.C. § 3161 |
| VINCENT MERTES,   | ) ) | |
|    Defendant.   | ) ) | |

On January 30, 2009, the parties in this case appeared before the Court for the government's motion for detention and to set the date for the defendant's preliminary hearing or arraignment. At that time, the parties requested, and the Court agreed, to set the date for the defendant's preliminary hearing or arraignment on February 27, 2009. The parties now request that the Court change the date for the defendant's preliminary hearing or arraignment to March 20, 2009. The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through March 20, 2009. The parties

1  agree that, taking into account the public interest in prompt disposition of criminal cases, good
2  cause exists for this extension.
3      The defendant also agrees to exclude for this period of time any time limits applicable
4  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
5  reasonable time necessary for effective preparation of defense counsel.  18 U.S.C. §
6  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
7  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
8  U.S.C. § 3161(h)(8)(A).
9  SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

DATED: February 24, 2009        /s/
                                TAREK J. HELOU
                                Assistant United States Attorney


DATED: February 24, 2009        /s/
                                ANTHONY BRASS
                                Attorney for VINCENT MERTES

    For the reasons stated above, the Court finds that the extension of time for the defendant's preliminary hearing or arraignment through March 20, 2009 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(A); FED. R. CRIM. P. 5.1(d).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 2-26-09

                                THE HONORABLE MARIA ELENA-JAMES
                                United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                                           2