1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,        )  CR No. 09-70015 EDL
                                      )
17 |     Plaintiff,                   )  STIPULATION AND [~~PROPOSED~~] ORDER
                                      )  CHANGING DATE FOR ARRAIGNMENT
18 |     v.                           )  AND EXCLUDING TIME UNDER FED. R.
                                      )  CRIM. P. 5.1 and 18 U.S.C. § 3161
19 | VINCENT MERTES,                  )
                                      )
20 |     Defendant.                   )
                                      )
21

22     On April 8, 2009, the parties in this case requested via written stipulation, and the Court

23 agreed, to set the date for the defendant's preliminary hearing or arraignment on April 23, 2009.

24 The parties now request that the Court change the date for the defendant's preliminary hearing or

25 arraignment to May 7, 2009.  The parties also request that pursuant to Federal Rule of Criminal

26 Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through May 7,

27 2009.  The parties agree that, taking into account the public interest in prompt disposition of

28 criminal cases, good cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                                                    1

1   The defendant also agrees to exclude for this period of time any time limits applicable
2   under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
3   reasonable time necessary for effective preparation of defense counsel.  18 U.S.C. §
4   3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
5   continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
6   U.S.C. § 3161(h)(7)(A).
7   SO STIPULATED:
8                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
9

10  DATED: April 20, 2009                          /s/
11                                         TAREK J. HELOU
                                           Assistant United States Attorney
12

13  DATED: April 20, 2009                          /s/
14                                         ANTHONY BRASS
                                           Attorney for VINCENT MERTES
15
    For the reasons stated above, the Court finds that the extension of time for the defendant's
16
    preliminary hearing or arraignment through May 7, 2009 is warranted and that the ends of justice
17
    served by the continuance outweigh the best interests of the public and the defendant in a speedy
18
    trial.  18 U.S.C. § 3161(h)(7)(A); FED. R. CRIM. P. 5.1(d).  The failure to grant the requested
19
    continuance would deny the defendant effective preparation of counsel, and would result in a
20
    miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).
21

22
    SO ORDERED.
23

24  DATED: April 21, 2009
25                                         THE HONORABLE BERNARD ZIMMERMAN
                                           United States Magistrate Judge
26

    [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]