1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       E-mail: Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,        )  CR No. 09-70015 EDL
                                      )
17 |     Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                      )  CHANGING DATE FOR ARRAIGNMENT
18 |     v.                           )  AND EXCLUDING TIME UNDER FED. R.
                                      )  CRIM. P. 5.1 and 18 U.S.C. § 3161
19 | VINCENT MERTES,                  )
                                      )
20 |     Defendant.                   )
                                      )
21

22        On April 20, 2009, the parties in this case requested via written stipulation, and the Court

23 agreed, to set the date for the defendant's preliminary hearing or arraignment on May 7, 2009.

24 The parties now request that the Court change the date for the defendant's preliminary hearing or

25 arraignment to May 21, 2009.  The parties also request that pursuant to Federal Rule of Criminal

26 Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through May

27 21, 2009.  The parties agree that, taking into account the public interest in prompt disposition of

28 criminal cases, good cause exists for this extension.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 09-70015 EDL                                                                          1

1  The defendant also agrees to exclude for this period of time any time limits applicable
2  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
3  reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. §
4  3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a
5  continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
6  U.S.C. § 3161(h)(7)(A).
7  SO STIPULATED:

8                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

10
11  DATED: May 5, 2009                      /s/
                                      TAREK J. HELOU
12                                        Assistant United States Attorney

13
14  DATED: May 5, 2009                      /s/
                                      ANTHONY BRASS
                                      Attorney for VINCENT MERTES
15
16  For the reasons stated above, the Court finds that the extension of time for the defendant's
17  preliminary hearing or arraignment through May 21, 2009 is warranted and that the ends of
18  justice served by the continuance outweigh the best interests of the public and the defendant in a
19  speedy trial. 18 U.S.C. § 3161(h)(7)(A); Fed. R. Crim. P. 5.1(d). The failure to grant the
20  requested continuance would deny the defendant effective preparation of counsel, and would
21  result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

23  SO ORDERED.

24  DATED: 5-6-09
25                                        THE HONORABLE JAMES LARSON
                                      United States Magistrate Judge